# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

STATE AUTO PROPERTY & CASUALTY                                              PLAINTIFF
INSURANCE COMPANY

v.                              NO. 4:17CV00129 JLH

RAY LATTURE                                                                 DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for forty-five (45) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE